**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL DOCKET NO. 3125 |

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Shanna Clark | AngioDynamics, Inc., & Navilyst Medical, Inc. | W.D. OK | 5:24-cv-00764 | Chief Judge Timothy D. DeGiusti |

Respectfully Submitted,

Dated: August 2, 2024

By: */s/ Adam M. Evans*
Adam M. Evans (MO Bar 60895)
**DICKERSON OXTON, LLC**
1100 Main St., Suite 2550
Kansas City, MO 64105
Telephone: 816-268-1960
Facsimile: 816-268-1965
aevans@dickersonoxton.com

*Counsel for Plaintiffs Maxwell Jones, Kimberly Boyer, Noelia Hernandez-Ayala, Patricia Kitchen, Claude Preston, Rosa Timmons, Charmaine Brockway, Serena Coleman, Danny Brierly, Brandon McMillian, Stephen Zuppo, Ramsey Ghabra, Robert Barnes, Jessica Garst, Kimberly Howard, Gage Colyer and William Colyer on his behalf, Lindsay Baldwin, JaiTonia Cain Harvey, and Shanna Clark*