**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ANGIODYNAMICS, INC., AND NAVILYST MEDICAL, INC., PORT CATHETER PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **MDL DOCKET NO. 3125** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Notice of Related Actions, Schedule of Actions, and this Certificate of Service was served via the manner listed below on August 2, 2024, to the following:

### <u>*Clark v. AngioDynamics, Inc. et al. (W.D. OK 5:24-cv-00764)*</u>

<u>**VIA ELECTRONIC MAIL**</u>

Austin C. Walters
**Denton Law Firm PC**
925 West State Highway 152
Mustang, OK 73064
405-376-2212
Email: austin@dentonlawfirm.com

Michael D. Denton, Jr.
**Denton Law Firm PC**
925 West State Highway 152
Mustang, OK 73064
405-376-2212
Email: michael@dentonlawfirm.com

*Counsel for Plaintiff Shanna Clark*

<u>**VIA U.S. MAIL**</u>

(Counsel has not yet appeared)

**AngioDynamics, Inc.**
c/o The Corporation Trust Company
Corporation Trust Center 1209 Orange St.
Wilmington, DE 19801

**Navilyst Medical, Inc.**
c/o Corporation Service Company
84 State St.
Boston, MA 02109

*Defendants*

<u>*/s/ Adam M. Evans*</u>
Adam M. Evans (MO Bar 60895)
**DICKERSON OXTON, LLC**
1100 Main St., Suite 2550
Kansas City, MO 64105
Telephone: 816-268-1960
Facsimile: 816-268-1965
aevans@dickersonoxton.com

1

*Counsel for Plaintiffs Maxwell Jones, Kimberly Boyer, Noelia Hernandez-Ayala, Patricia Kitchen, Claude Preston, Rosa Timmons, Charmaine Brockway, Serena Coleman, Danny Brierly, Brandon McMillian, Stephen Zuppo, Ramsey Ghabra, Robert Barnes, Jessica Garst, Kimberly Howard, Gage Colyer and William Colyer on his behalf, Lindsay Baldwin, JaiTonia Cain Harvey, and Shanna Clark*